# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Douglas M. Thompson, #348634, ) | C/A No.: 5:13-cv-3415 DCN |
| Plaintiff, ) | |
| -vs- ) | **ORDER** |
| The State of South Carolina; The South ) Carolina Attorney General; South Carolina ) Court of Appeals; SC Commission on ) Indigent Defense; and Lanelle C. Durant, ) official and individual capacities, ) | |
| Defendants. ) | |

This matter is before the court upon plaintiff's motion to dismiss the complaint. The motion was filed on July 7, 2014.

**IT IS THEREFORE ORDERED,** that plaintiff's motion to dismiss the complaint is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is deemed a "strike" pursuant to 28 U.S.C. §1915(g).

**AND IT IS SO ORDERED.**

David C. Norton
United States District Judge

July 11, 2014
Charleston, South Carolina